UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

 RAMON FONTANEZ, Individually, and On       :     Case No.: 1:22-cv-05536-ER
Behalf of All Others Similarly Situated,          :
                                                  :
                          Plaintiff,              :
                                                  :
         vs.                                      :
                                                  :     **NOTICE OF VOLUNTARY DISMISSAL**
                                                  :
                                                  :
HELEN OF TROY L.P.,                               :
                                                  :
                          Defendant.              :
                                                  :
                                                  :
---------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Ramon Fontanez hereby gives notice

that the above-captioned action is voluntarily dismissed, without prejudice, against defendant

Helen of Troy L.P.


DATED:  July 22, 2022            **MIZRAHI KROUB LLP**


                                         /s/ Edward Y. Kroub
                                     _____
                                        EDWARD Y. KROUB

                                     EDWARD Y. KROUB
                                     JARRETT S. CHARO
                                     WILLIAM J. DOWNES
                                     200 Vesey Street, 24th Floor
                                     New York, NY  10281
                                     Telephone:  212/595-6200
                                     212/595-9700 (fax)
                                     ekroub@mizrahikroub.com
                                     jcharo@mizrahikroub.com
                                     wdownes@mizrahikroub.com

                                     *Attorneys for Plaintiff*